55,762-12

JOSEPH BARNARD HINES
#901768-CONNALLY UNIT
899 FM 632
KENEDY,TEXAS 78119

CLERK
COURT OF CRIMINAL APPEALS
P.O.BOX 12308-CAPITOL STATION
AUSTIN,TX. 78711

APRIL 30,2015

RE: WRIT OF HABEAS CORPUS IN TRIAL CAUSE NO.776435-B

CLERK,

  Im writting in concern of the writ in the above trial cause that I was
inform by the district court that it was sent to your office. I wrote a letter
to your officer concerning this matter on April 21,2015,but I didn't receive a
response.
  This request is in no attempt to rush your officer,I'm just diligent seeking
my rights.so can you please inform me if your office has received said writ of
habeas corpus and memorandum?

  Thank you for your time in this matter.

c.c.f.                                                    x _____

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 04 2015
Abel Acosta, Clerk